Case 2:20-mc-00871   Document 2   Filed on 08/19/20 in TXSD   Page 1 of 3

United States District Court
Southern District of Texas
**ENTERED**
August 19, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| WILLIAM LEE GRANT, II, | § | |
| | § | |
| Petitioner, | § | |
| VS. | § | MISCELLANEOUS NO. 2:20-MC-871 |
| | § | |
| JAMES A BAKER III, *et al*, | § | |
| | § | |
| Respondents. | § | |

## MEMORANDUM AND RECOMMENDATION

Petitioner William Lee Grant II, an Illinois resident, is a prolific filer who has filed dozens of frivolous cases in federal courts across the country. *See Grant v. U.S. Dep't of Def.*, No. 4:19-mc-1677 (S.D. Tex. June 12, 2019) (Order Denying Plaintiff's Application to Proceed *In Forma Pauperis* ("IFP")). Petitioner was sanctioned $2,800.00 and banned from filing cases in the Central District of Illinois for filing a "flurry of frivolous claims containing falsehoods." *In the Matter of William Lee Grant II*, No. 3:19-cv-3017 *et al* (C.D. Ill. Feb. 12, 2019) (Order). Pending is Petitioner's Motion to Proceed *IFP*. (D.E. 1). The undersigned recommends this Motion be **DENIED** because (1) the claims listed in the complaint are frivolous; (2) there is no connection to, or jurisdiction in, the Corpus Christi Division of the Southern District of Texas; (3) Petitioner simultaneously filed similar complaints in both the Laredo (5:20-cv-131) and McAllen (7:20-cv-232) Divisions of the Southern District of Texas; and (4) United States District Judge Andrew Hanen has previously held that, for reasons of comity, Plaintiff should not be allowed to

Case 2:20-mc-00871   Document 2   Filed on 08/19/20 in TXSD   Page 2 of 3

2 / 3

file a civil suit in this District until he pays the fees owed in the Central District of Illinois. *See Grant v. U.S. Dep't of Def.*, No. 4:19-mc-1677 (S.D. Tex. June 12, 2019) (Order Denying Plaintiff's Application to Proceed *In Forma Pauperis* ("IFP")). Therefore, the undersigned recommends Petitioner's Motion be **DENIED**.

ORDERED this 19th day of August, 2020.

_____
Jason B. Libby
United States Magistrate Judge

## NOTICE TO PARTIES

The Clerk will file this Memorandum and Recommendation and transmit a copy to each party or counsel. Within **FOURTEEN (14) DAYS** after being served with a copy of the Memorandum and Recommendation, a party may file with the Clerk and serve on the United States Magistrate Judge and all parties, written objections, pursuant to 28 U.S.C. § 636(b)(1)(c); Rule 72(b) of the Federal Rules of Civil Procedure; and Article IV, General Order No. 2002-13, United States District Court for the Southern District of Texas.

A party's failure to file written objections to the proposed findings, conclusions, and recommendations in a Magistrate Judge's report and recommendation within **FOURTEEN (14) DAYS** after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the District Court. *Douglass v. United Servs. Auto Ass'n*, 79 F.3d 1415 (5th Cir. 1996) (en banc).