United States District Court
Southern District of Texas
**ENTERED**
December 11, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| WILLIAM LEE GRANT, II, § | |
| § | |
| Petitioner, § | |
| VS. § | MISCELLANEOUS NO. 2:20-MC-871 |
| § | |
| JAMES A BAKER III, *et al.*, § | |
| § | |
| Respondents. § | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

Before the Court is Magistrate Judge Jason Libby's Memorandum and Recommendation (M&R). (D.E. 2). The M&R recommends that the Court deny Plaintiff William Lee Grant II's Application to Proceed *In Forma Pauperis* (D.E. 1) because:

> (1) the claims listed in the complaint are frivolous; (2) there is no connection to, or jurisdiction in, the Corpus Christi Division of the Southern District of Texas; (3) Petitioner simultaneously filed similar complaints in both the Laredo (5:20-cv-131) and McAllen (7:20-cv-232) Divisions of the Southern District of Texas; and (4) United States District Judge Andrew Hanen has previously held that, for reasons of comity, Plaintiff should not be allowed to file a civil suit in this District until he pays the fees owed in the Central District of Illinois.

(D.E. 2); *see Grant v. U.S. Dep't of Def.*, No. 4:19-mc-1677 (S.D. Tex. June 12, 2019) (Order Denying Plaintiff's Application to Proceed *In Forma Pauperis*).

The parties were provided proper notice of, and the opportunity to object to, the Magistrate Judge's M&R. *See* 28 U.S.C. § 636(b)(1); FED R. CIV. P. 72(b); General Order No. 2002-13. Plaintiff filed a "Response to [the] Memorandum and Recommendation," dated as being mailed on September 4, 2020. (D.E. 3-1). The Court construes Plaintiff's response as objections to the M&R and, after review, Plaintiff's

objections are **OVERRULED**. (D.E. 3).

Having carefully examined the proposed findings and conclusions of the M&R, the record, the applicable law, and having made a de novo review of the portions of the M&R to which Plaintiff's objections were directed, 28 U.S.C. § 636(b)(1), the Court **ADOPTS** the M&R in its entirety. (D.E. 2). Accordingly, the Court **DENIES** Plaintiff's Motion to Proceed *In Forma Pauperis*. (D.E. 1).

SO ORDERED.

_____
DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Dated: Corpus Christi, Texas
    December 11, 2020